**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **XAVIER AREVALO**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **JETRO HOLDINGS, L.L.C.**, *d/b/a Restaurant Depot*, <br><br> Defendant. | Case No.: 13-CV-4645 YGR <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT PLAINTIFFS' EX PATE MOTION TO APPEAR TELEPHONICALLY; REQUIRING COUNSEL TO MEET AND CONFER** |

The Court **CONTINUES** the Case Management Conference in the above-styled case from May 12, 2014, to the Court's 2:00 p.m. Calendar on **Monday, June 2, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Accordingly, plaintiffs' ex parte motion for permission to appear telephonically at the May 12 conference is **DENIED AS MOOT**.

Counsel for the parties are **ORDERED** to meet and confer in person at the United States Courthouse in Oakland on June 2, 2014, at 11:00 a.m., to resolve any outstanding discovery disputes. At the 2:00 p.m. Case Management Conference, the Court shall address any disputes not resolved during the parties' meet-and-confer session.

This Order terminates Docket No. 31.

**IT IS SO ORDERED**.

Date: May 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**