1

2

3

4

5                                    **UNITED STATES DISTRICT COURT**

6                                    **NORTHERN DISTRICT OF CALIFORNIA**

7

8

9

10    **XAVIER AREVALO,** *et al.***,**                    **Case No.: 13-CV-4645 YGR**

11           **Plaintiffs,**                               **ORDER REQUIRING SUBMISSION OF JOINTLY SIGNED SETTLEMENT NOTICE**

12           **v.**

13    **JETRO HOLDINGS LLC** *dba* **Restaurant Depot,**

14
                                                      
15           **Defendant.**

16

17           Plaintiffs electronically filed a Notice of Settlement on July 31, 2014.  (Dkt. No. 70

18    ("Notice").)  The Notice, which purports to have been signed electronically by counsel for both

19    plaintiffs and defendant, asks the Court to refrain from ruling on pending motions in light of the

20    parties' settlement.  However, the Notice does not conform to the Court's Civil Local Rules

21    regarding electronic signatures.  *See* Civ. L.R. 5-1(i)(1-3).  The Notice is deemed signed by

22    plaintiffs' counsel by virtue of his having electronically filed the document.  Civ. L.R. 5-1(i)(2).

23    However, under Rule 5-1(i)(3), the Notice is not deemed signed by defense counsel.  That Rule

24    requires submission of a filer's attestation "that concurrence in the filing of the document has been

25    obtained from each of the other [s]ignatories" to the document where the other signatories either

26    did not or could not electronically file the document.  Civ. L.R. 5-1(i)(3).  "The filer's attestation

27    may be incorporated into the document itself, or take the form of a declaration attached to the

28    document."  *Id.*  "The filer shall maintain records to support this concurrence for subsequent

United States District Court
Northern District of California

1  production for the Court, if so ordered, or for inspection upon request by a party, until one year

2  after the final resolution of the action (including appeal, if any)." *Id.* "The filer may attach a

3  scanned image of the signature page of the document being electronically filed in lieu of

4  maintaining the paper record for subsequent production if required." *Id.*

5  Here, the Notice omits the attestation or scanned image required by Rule 5-1(i)(3).

6  Plaintiffs are **ORDERED** to file a Notice that complies with the Rule no later than **5:00 p.m. Pacific**

7  **time on Monday, August 4, 2014**.

8  **IT IS SO ORDERED**.

9

10  Date: August 1, 2014

   _____
   **YVONNE GONZALEZ ROGERS**
11  **UNITED STATES DISTRICT COURT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*