**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **XAVIER AREVALO,** *et al.*, | Case No.: 13-CV-4645 YGR |
| **Plaintiffs,** | **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |
| v. | |
| **JETRO HOLDINGS LLC** *dba* **Restaurant Depot,** | |
| **Defendant.** | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the above-captioned case has settled.  (Dkt. No. 73.)  Accordingly, all pending motion, case management, and trial dates are **VACATED**.

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, August 15, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

United States District Court
Northern District of California

Consistent with the parties' request, the Court will abstain from ruling on pending motions until after the compliance hearing.

**IT IS SO ORDERED**.

Date: August  4, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2