**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **XAVIER AREVALO,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **JETRO HOLDINGS LLC** *dba* **Restaurant Depot,** <br><br> Defendant. | Case No.: 13-CV-4645 YGR <br><br> **ORDER CONTINUING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the parties' timely filed joint notice of August 8, 2014 (Dkt. No. 75), the compliance hearing set for August 15, 2014 is **CONTINUED**. It shall be held on the Court's **9:01 a.m.** calendar on **Friday, August 22, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

At least five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Failure to comply may result in sanctions.

Requests for further continuance shall be disfavored.

**IT IS SO ORDERED**.

Date: August 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**