**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **XAVIER AREVALO,** *et al.*, | Case No.: 13-CV-4645 YGR |
| **Plaintiffs,** | **ORDER DISMISSING CASE** |
| v. | |
| **JETRO HOLDINGS LLC** *dba* **Restaurant Depot,** | |
| **Defendant.** | |

Consistent with the parties' stipulation of dismissal with prejudice (Dkt. No. 78), the above-captioned case is **DISMISSED WITH PREJUDICE**.  The parties shall bear their own costs.

**IT IS SO ORDERED**.

Date: August 19, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**